**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/25/20**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

PHILLIP RICHARDSON,

                Defendant.

No. 17-CR-502 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of the ongoing COVID-19 pandemic, the conference currently scheduled for April 3, 2020 is adjourned to June 8, 2020 at 12:30 p.m.

SO ORDERED.

Dated:    March 25, 2020
            New York, New York

                                                Ronnie Abrams
                                                United States District Judge