April 8, 2020 P.M.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA

       -v-              **WAIVER OF RIGHT TO BE PRESENT**
                           **AT CRIMINAL PROCEEDING**

Phillip Richardson,

         Defendant.      17 -CR- 502   ( RA )
----------------------------------------------------------------X

**Check Proceeding that Applies**

__X__ Entry of Admission to Violations of Supervised Release

   I am aware that I have been charged with violations of the conditions of supervised release. I have consulted with my attorney about those charges. I have decided that I wish to admit that I violated those conditions. I understand I have a right to appear before a judge in a courtroom in the Southern District of New York to enter my admission and to have my attorney beside me as I do. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I have discussed these issues with my attorney. I wish to advise the court that I willingly give up my right to appear in person before the judge to enter this admission. I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me as I enter my admission so long as the following conditions are met. I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf during the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

I hereby affirm that I am aware of my obligation to discuss with my client the charges against my client, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver and consent form. I affirm that I have reviewed the above waiver with my client. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

*Martin Cohen*
Digitally signed by Martin Cohen
DN: cn=Martin Cohen, o=Federal Defenders of NY, ou=Assistant Federal Defender, email=martin_cohen@fd.org, c=US
Date: 2020.05.20 11:34:03 -04'00'

Date:  Martin Cohen
      Print Name           Signature of Defense Counsel

Accepted: [signature]
      Signature of Judge
      Date:  5-20-20