**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 24, 2022

*By ECF*

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Phillip Richardson*, 17 Cr. 502 (RA)

Dear Judge Abrams:

    I write on consent (Assistant U.S. Attorney Christy Slavik) to respectfully request that the Court adjourn the conference scheduled for January 25, 2022 and reschedule it for a date convenient for the Court after March 7, 2022. The adjournment will allow me to complete my presentation to the Government concerning its charging decision.

                  Respectfully Submitted,

                  /s/
                  Martin S. Cohen
                  Ass't Federal Defender
                  Tel. (212) 417-8737

Cc:   Christy Slavik, Esq., by ECF

---

Application granted. The conference is adjourned to March 10, 2022 at 11:00 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
January 24, 2022