UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
          UNITED STATES OF AMERICA    :    **ORDER**

                        - v. -    :    17 Cr. 502 (RA)

          PHILLIP RICHARDSON,    :

                    DEFENDANT.    :
---------------------------------------------------------------x

        Whereas, on June 2, 2022, the Court indicated its intention to sentence Phillip Richardson – Register Number 91178-054 – to a term of time served when a bed became available at the Bronx Residential Re-entry Center (BRRC);

        Whereas, the Probation Department has informed the Court that a negative COVID test was required in order for it to make the appropriate request of the BRRC;

        Whereas, Assistant Federal Defender Martin Cohen notified the Metropolitan Detention Center on June 3, 2022 that the COVID test was a pre-requisite for the Probation Office to make a referral to the BRRC, which would ultimately lead to the imposition of sentence and the release of Mr. Richardson; and

        Whereas, the MDC has received the request but has not acted upon it,

        IT IS HEREBY ORDERED that the BOP administer a COVID test to Mr., Richardson as soon as practicable, but no later that June 22, 2022; that Probation Officer Darryl Spencer and Assistant Federal Defender Martin Cohen be notified when the test results are expected, and that those results be provided to the Probation Office as soon as they are available. The government is directed to provide a copy of this Order to the MDC.

Dated: New York, New York
       June 22, 2022

_____
Honorable Ronnie Abrams
United States District Judge