UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

PHILLIP RICHARDSON,

Defendant.

No. 17 Cr. 502

<u>ORDER</u>

RONNIE ABRAMS, U.S. District Judge:

IT IS HEREBY ORDERED that, for the reasons stated on the record on June 2, 2022, the terms of defendant Phillip Richardson's (Reg. No. 91178-054) supervised release conditions are modified to include placement in a Residential Reentry Center.

SO ORDERED.

Dated:        June 28, 2022

New York, New York

Ronnie Abrams
U.S. District Judge