```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :    17 Cr. 502 (RA)
UNITED STATES OF AMERICA,                 :
                                          :         ORDER
            -v-                           :
                                          :
PHILLIP RICHARDSON,                       :
                      Defendant.          :
                                          :
------------------------------------------X
```

RONNIE ABRAMS, District Judge:

    ORDERED that Phillip Richardson (Reg # 91178-054) is remanded to the custody of the Bureau of Prisons.

Dated:    July 7, 2022
           New York, New York

_____
        RONNIE ABRAMS
  United States District Judge