

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 14, 2022

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 15, 2022

Re:    **United States v. Richardson, 17 Cr. 502-01 (RA)**

Dear Judge Abrams:

On July 7, 2022, the Probation Office charged defendant Phillip Richardson with a specification for failing to report to the Bronx Residential Reentry Center. As the Court is aware, Mr. Richardson has now entered BRRC. The Court's June 30, 2022, judgment requires Mr. Richardson to serve six months at the BRRC and comply with all rules and conditions thereof. The Government writes to respectfully request that the Court hold the specification in abeyance until the Probation Office reports that Mr. Richardson has satisfactorily fulfilled this obligation.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: _____
Adam Sowlati
Assistant United States Attorney
(212) 637-2438

Cc:    Martin Cohen, Esq.