UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
    UNITED STATES OF AMERICA    :    **ORDER**
:
    - v. -    :    17 Cr. 502 (RA)
:
    PHILLIP RICHARDSON,    :
:
    DEFENDANT.    :
-------------------------------------------------------------x

Whereas, on August 26, 2022, the Court indicated that Phillip Richardson – BOP Register No. 91178-054, currently incarcerated at the Metropolitan Detention Center – would be released on bail on September 6, 2022;

Whereas, upon release, Mr. Richardson is to be housed at the Bronx Residential Reentry Center ("BRRC"); and

Whereas, the Probation Department has informed the Court that a negative COVID test is required in order for it to apply for Mr. Richardson's transfer to the BRRC;

IT IS HEREBY ORDERED:

(1) that the BOP administer a COVID test to Mr. Richardson as soon as practicable, but no later that August 30, 2022;

(2) that the BOP provide the COVID test results to Probation Officer Darryl Spencer (Darryl_Spencer@nysp.uscourts.gov) as soon as those results are available.

Dated: August 26, 2022
New York, New York

Honorable Ronnie Abrams
United States District Judge