UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA  :  [~~PROPOSED~~] **ORDER**

- v. -  :  17 Cr. 502 (RA)

PHILLIP RICHARDSON,  :

          DEFENDANT.  :
-------------------------------------------------------------x

      Mr. Richardson – Register No. 91178-054 – is hereby released on bail subject to the conditions of supervised release set forth in the Judgment filed on June 30, 2022 (Dkt. No. 89), which include **the condition that he serve six months (6) at the Bronx Residential Reentry Center ("BRRC")** and comply with all of its rules and conditions.

      In addition, Mr. Richardson's conditions of supervised release are hereby modified to include **location monitoring technology at the discretion of the probation officer until he has served six months (6) at the BRRC**, and he must abide by all technology requirements. Mr. Richardson must pay all or part of the costs of participation in the location monitoring program as directed by the Court and the probation officer.

Dated: New York, New York
Sept. _15_, 2022

                                                                       Honorable Ronnie Abrams
                                                                       United States District Judge